No. 490. TURNER v. LUER ET AL. November 13, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Meredith M. Daubin* and *Charles P. Williams* for petitioner. Respondents *pro se.*

No. 497. EMIGRANT INDUSTRIAL SAVINGS BANK v. BALDWIN ET AL. November 13, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Joseph M. Proskauer* and *Harold H. Levin* for petitioner. *Messrs. Monroe Goldwater* and *James L. Goldwater* for respondents.

No. 514. SMITH, ADMINISTRATOR, ET AL. v. ORANGETOWN ET AL. November 13, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Leonard Acker* for petitioners. *Mr. Fred H. Rees* for respondents.

No. 303. GANCY v. UNITED STATES. November 13, 1945. The motion to defer consideration of the petition is denied and the petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit is also denied for the reason that application therefor was not made within the time provided by law. Rule XI of the Criminal Appeals Rules. Petitioner *pro se.* *Solicitor General McGrath* for the United States.

No. 455. MATHER v. COMMISSIONER OF INTERNAL REVENUE; and
No. 456. TESTAMENTARY TRUST UNDER THE WILL OF MATHER ET AL. v. COMMISSIONER OF INTERNAL REVENUE.